**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  |  |
|---|---|
| **MONOIETTE ALLEN**, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>**LUCID GROUP USA, INC.**, a Delaware corporation,<br><br>              Defendant. | **CIVIL ACTION**<br><br>**Case No.  9:25-cv-80418-AMC**<br><br>**Judge: Aileen M. Cannon**<br><br>**Mag. Judge: Ryon M. McCabe** |

<u>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**</u>

NOW COMES attorney Benjamin H. Yormak and Yormak Employment & Disability Law, counsel for Plaintiff Monoiette Allen, pursuant to L.R. 11.1(d)(3)(A), and hereby files this Motion to Withdraw requesting that an Order be entered allowing Benjamin H. Yormak, Esq. and Yormak Employment & Disability Law to withdraw as counsel for Ms. Allen, and to relieve him and his law firm from any and all further responsibility with regard to Ms. Allen.

Undersigned counsel's withdrawal is made pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar. The basis for this Motion includes the following:

**Irreconcilable Differences in the Attorney-Client Relationship (Rule 4-1.16(b)(1)).** The attorney-client relationship between undersigned counsel and Ms. Allen has deteriorated to the point where effective representation is no longer possible. There has been a fundamental breakdown in communication and trust that prevents counsel from effectively advocating on Ms. Allen's behalf. These irreconcilable differences make it unreasonably difficult for counsel to carry

1

out the representation effectively pursuant to Rule 4-1.16(b)(1) of the Rules Regulating the Florida Bar.

**Breach of Retainer Agreement Causing Unreasonable Financial Burden (Rule 4-1.16(b)(4) and (5)).** Ms. Allen has materially breached the terms of the retainer agreement executed at the commencement of this representation. Despite repeated efforts to resolve these issues, Ms. Allen has failed to fulfill her obligations under the agreement. Ms. Allen's breach will cause an unreasonable financial burden on undersigned counsel pursuant to Rule 4-1.16(b)(4). Counsel has continued to provide representation in reliance on Ms. Allen's contractual commitments, but her failure to meet those obligations, as contemplated by Rule 4-1.16(b)(5), will result in counsel bearing the full financial weight of this litigation, which was not contemplated by the retainer agreement. Given Ms. Allen's breach of the retainer agreement and the circumstances of the case, the financial burden of continuing representation has become untenable and would require counsel to expend resources in a manner that is not economically reasonable or sustainable. The continued representation would impose an unreasonable financial burden on counsel directly resulting from Ms. Allen's failure to honor her contractual obligations.

**No Undue Prejudice.** While mediation is currently scheduled for April 20, 2026, trial is not scheduled until September 8, 2026, and ample time remains for Ms. Allen to secure new counsel to prepare for trial and other pretrial proceedings. Discovery is still ongoing, with a discovery deadline of May 5, 2026. Depositions are being rescheduled for the week of March 30th, well in advance of the April 15, 2026 deadline to do so. As such, no undue prejudice will result to Ms. Allen, the Defendant or the Court by undersigned counsel's withdrawal. Ms. Allen's contact information is: 29000 Portofino Circle, Palm Beach Gardens, FL 33418; phone: (720) 276-9966.

## CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with opposing counsel D. Porpoise Evans, Esq. of Littler Mendelson, P.C. regarding this Motion. Opposing counsel has no objection to this Motion to Withdraw. Furthermore, undersigned counsel has advised Ms. Allen of this motion and has provided her with a copy of it.

## CONCLUSION

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an Order granting this Motion to Withdraw, and award all other relief deemed just and proper.

Dated: February 25, 2026

Respectfully submitted,

**/s/Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which caused delivery by Electronic Mail to all counsel of record and:

Monioette Allen
degrassifvr18@yahoo.com

**/s/Benjamin H. Yormak**
Benjamin H. Yormak

3