**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80418-CIV-CANNON/McCabe**

**MONOIETTE ALLEN,**

     Plaintiff,

v.

**LUCID GROUP USA, INC.,**

     Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AND SETTING DEADLINES

**THIS CAUSE** comes before the Court upon attorney Benjamin H. Yormak's Motion to Withdraw as Counsel for Plaintiff, filed on February 25, 2026 (the "Motion") [ECF No. 42]. Counsel notes that irreconcilable differences have arisen between counsel and Plaintiff [ECF No. 42 p. 1]. Defendant is unopposed to Mr. Yormak's withdrawal [ECF No. 42 p. 3].

Upon review of the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw [ECF No. 42] is **GRANTED**.

2. Benjamin H. Yormak shall be **DISCHARGED** of all further responsibilities for Plaintiff, except as indicated in this Order.

3. Plaintiff has until **March 25, 2026**, either to (a) retain counsel permitted to practice before the Court and have said counsel file a notice of appearance on the docket or (b) file a Notice of Intent to proceed *pro se*, with a corresponding Consent by Pro Se Litigants to Receive Electronic Notices:

   https://www.flsd.uscourts.gov/sites/flsd/files/forms/Consent%20by%20Pro%20Se%20Litigant%20%28Non-Prisoner%29%20to%20receive%20NEFs.pdf

CASE NO. 25-80418-CIV-CANNON/McCabe

4. **Failure to obtain new counsel by the March 25, 2026, deadline as specified above—or to file a notice of intent to proceed *pro se* by the same deadline—will result in an order closing this case and dismissing without prejudice and without further notice.**

5. On or before **March 3, 2026**, Mr. Yormak and/or Yormak Employment & Disability Law **SHALL TRANSMIT** a copy of this Order to Plaintiff and file a Notice of Compliance on the docket confirming the same.

6. The Clerk is directed to **MAIL** a copy of this Order to Plaintiff at the address listed below and to file a Notice of Compliance on the docket confirming the same.

7. All other deadlines not specified in this Order are **STAYED** pending further Court order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of February 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

Monoiette Allen
29000 Portofino Circle
Palm Beach Gardens, Florida 33418
**PRO SE**

2